IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALYSSA MARIE HILLMER | : CIVIL ACTION |
| | : |
| v. | : NO. 21-2182 |
| | : |
| ESURANCE PROPERTY AND | : |
| CASUALTY INSURANCE COMPANY | : |

# ORDER

**AND NOW**, this 10th day of September 2021, upon considering the parties' cross-motions for summary judgment (ECF Doc. Nos. 22, 23), Responses (ECF Doc. Nos. 27, 29), Plaintiff's Motion to extend deadlines (ECF Doc. No. 28), and for reasons in the accompanying Memorandum addressing the summary judgment motions, it is **ORDERED**:

1. Defendant's Motion for summary judgment (ECF Doc. No. 22) is **DENIED**;

2. Plaintiff's Motion for summary judgment (ECF Doc. No. 23) is **GRANTED**;

3. Plaintiff shall file a status Memoranda not exceeding five pages no later than **September 15, 2021** representing the positions of both parties as to a plan to complete discovery on the remaining issues consistent with our June 11, 2021 Order (ECF Doc. No. 11); and,

4. Plaintiff's Motion to extend deadlines (ECF Doc. No. 28) is **DENIED** after we specifically discussed addressing summary judgment on residency issues before discovery and Plaintiff not then addressing a trial attachment in Allegheny County for later this month, and otherwise not finding the state court trial towards the end of September would alter Plaintiff's ability to complete discovery by October 15, 2021 on the remaining issues, especially since we allowed all parties to propound discovery on all issues regardless of the residency issue in our June 11, 2021 Order (ECF Doc. No. 11).

_____
**KEARNEY, J.**